IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHAWN M. BRADLEY § § § § V. § CIVIL ACTION NO. 4:16-CV-00033 § FLEETSERVE, LLC, AUTOMOTIVE § FLEETSERVE, LLC, FLEETSERVE § ONE, LLC § § § | |

**FINAL JUDGMENT**

Currently before the Court is Plaintiff's Motion for Entry of Final Judgment. Having considered the Motion, the Court concludes that the Motion should be GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff Shawn M. Bradley shall have judgment against Defendants Automotive Fleetserve LLC, Fleetserve LLC, and Fleetserve One, LLC, jointly and severally, as follows:

    a.    Damages in the amount of $22,192.00 for back pay;

    b.    Prejudgment interest in the amount of $1,989.00;

    c.    Attorney's fees in the amount of $55,000.00; and

    d.    Costs of court.

Plaintiff is further awarded post-judgment interest on the total amount of the items above at a rate of 0.81% from the date of this judgment until the judgment is satisfied.

This judgment disposes of all claims and issues and is final and appealable. All relief not expressly granted herein is hereby DENIED.

**SIGNED this 28th day of February, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE